IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CR 17-370 JCH

IMAD AYSHEH, et al,

    Defendants.

## NOTICE OF CHANGE OF LAW FIRM NAME

Undersigned counsel, who is counsel for Defendant Imad Aysheh, gives notice that her firm name has changed to Duncan Earnest, LLC.  Any further correspondence and pleadings should reflect this change.

        Respectfully submitted,

        /s/ Theresa M. Duncan
        Theresa M. Duncan
        Duncan Earnest LLC
        515 Granite NW
        Albuquerque, NM 87102
        505-842-5196
        teri@duncanearnest.com

        *Attorney for Imad Aysheh*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of June 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan