# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

## Call of the Calendar

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CR No: | 17-370 JCH | USA v. | Imad Aysheh, Iyad Aysheh, Nedal Aysheh, and Raed Aysheh | | | | |
| Date: | 2/6/24 | Time In: | 2:01p.m. | Time Out: | 2:24p.m/ | Total Time: | 23 minutes |
| Clerk: | V. Vigil | Court Reporter: | I.Delgado | | Courtroom: | Pecos | |
| USPO: | n/a | | | Interpreter: | n/a | | |
| AUSA: | Sean Sullivan, Frederick Mendenhall | | Defense Counsel: | Monica Barreras, Theresa Duncan, Greg Acton, Marshall Ray | | | |

### PROCEEDINGS

2:01 p.m.  Court in session. Counsel state their appearances.

The Defendants have requested a continuance; the Government opposes. Ms. Duncan clarifies her position. Mr. Ray states his reason for joining is that he has a trial before Judge Garcia on March 11. Ms. Barreras states her grounds for needing a continuance. Mr. Acton addresses the Court. Ms. Duncan adds additional comments.

2:11 p.m.  Mr. Mendenhall addresses the Court.

2:12 p.m.  Court was not persuaded by most of the grounds in the motion to continue except for Mr. Acton's particular circumstances, which she does find very persuasive. Court is available February 20 or May 6. All counsel agree that May 6, 2024 works. The motion to continue will be granted. The defense motion for the jury pool to view the unconscious bias video will also be granted.

2:20 p.m.  Court addresses the parties about resolving the case and requires them to have a sincere conversation.

2:24 p.m.  RECESS.